# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **CHANTELLE GLASS,** | ) | CASE NO.: 1:20-cv-02041 |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) | |
| | ) | **NOTICE OF WITHDRAWAL AS COUNSEL** |
| **IDRIS FARID CLARK, et al.,** | ) | |
| Defendants. | ) | |

Now comes David G. Lambert, Assistant Prosecuting Attorney, and Chief of the Civil Division of the Cuyahoga County Prosecutor's Office, and herein provides notice of his withdrawal as one of the counsel for Cuyahoga County and certain individual Defendants herein.

        Respectfully submitted,

        MICHAEL C. O'MALLEY, Prosecuting Attorney of Cuyahoga County, Ohio

        /s/ David G. Lambert
        DAVID G. LAMBERT (0030273)
        Assistant Prosecuting Attorney
        Chief, Civil Division
        Cuyahoga County Prosecutor's Office
        The Justice Center, Courts Tower
        1200 Ontario Street, 8th Floor
        Cleveland, Ohio  44113
        Ph: (216) 443-7829
        dlambert@prosecutor.cuyahogacounty.us
        *Counsel for Defendants Cuyahoga County et al.*

## CERTIFICATE OF SERVICE

I certify that on December 5, 2023, I electronically filed a true and accurate copy of the forgoing Notice of Withdrawal as Counsel. Parties will receive notification via email and may access a copy of the document through the Court's electronic filing system,

/s/ David G. Lambert
DAVID G. LAMBERT (0030273)
Assistant Prosecuting Attorney